**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **CYNTHIA MARIE ARROYO**<br>Debtor(s), | ) | **Case No. 6:16-BK-07992-RAC** |
| **CYNTHIA MARIE ARROYO,**<br>Plaintiff(s),<br><br>-v- | ) | **Adversary Proceeding:** |
| **DEPARTMENT OF EDUCATION/NAVIENT** | ) | |
| **DEPARTMENT OF EDUCATION/ NELNET LOANS** | ) | |
| **SALLIE MAE** | ) | |
| Defendant(s). | ) | |

**<u>COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT (STUDENT LOAN)</u>**

**COMES NOW** the Plaintiff(s), **CYNTHIA MARIE ARROYO,** by and through undersigned additional counsel and would show the court:

1. The Plaintiff/Debtor (hereafter "Debtor") filed for relief under the provisions of *Chapter 7* of the United States Bankruptcy Code on **December 9, 2016.**

2. This is an action seeking to determine the dischargeability of a debt.

3. The court has jurisdiction over this action and the parties by virtue of *28 U.S.C. section 1334, 157 (b) (1),* and *157 (b) (2) (I)*, and this is a core matter.

4. The Defendant(s) are creditor(s) of the Debtor.

5. The Plaintiff/Debtor, **CYNTHIA MARIE ARROYO**, entered into a series of student loan agreements and received the first set of loans from Nelnet from

*March of 2004* through *September 2004*. The total loan balance due is approximately **$4,945.00**. The date of last activity on these loans was April 2, 2015.

6. The Plaintiff/Debtor, **CYNTHIA MARIE ARROYO**, went back to school and entered into a 2nd series of student loan agreements and received the first set of loans from Sallie Mae starting in *September of 2008* through *April of 2010*. The total loan balance due is unknown at present because these loans are believed to now be federal loans under the Department of Education and Navient.

7. Lastly, the Plaintiff/Debtor, **CYNTHIA MARIE ARROYO,** based on her credit report, has what is believed to be the same set of student loans as listed in Paragraph (6) above, but listed under the Department of Education and Navient. The loans begin in September of 2008, another series in June of 2009, another in April of 2010, another in March of 2011 and the last in October of 2011. The loan balance at present is approximately **$53,818.00**. The date of last activity on these loans was January 15, 2013.

8. The Debtor's balance reflects no payments as the loans were in forebearance and within an income based repayment program since the loans first came due.

9. The Debtor in 2015 suffered a severe brain injury which has erased all of her memory. Based on this medical condition, the Debtor has applied for permanent disability, and concurrently with this Complaint, applied through the U.S. Department of Education for a Discharge of the Loans as a result of a Total and Permanent Disability.

(TPD).

10. The Debtor receives a small amount of food stamps and depends on immediate family for all her support at present.

11. If the Debtor has to make payments on her student loans, she will not be able to maintain any semblance of a minimal standard of living.

12. It is anticipated that the Debtor's condition is hopeless and permanent in that Ms. Arroyo maintains no memory of any of the previous schooling she received. In Ms. Arroyo's eyes and mind, she recently celebrated her first Thanksgiving in November of 2016.

13. The Debtor believes that to except this debt from discharge will impose an undue hardship on the Debtor under ***11 U.S.C. section 523 (a) (8).***

**WHEREFORE**, the Plaintiff/Debtor prays that the court enter an order determining the dischargeability of these debts and declare them to be within the discharge.

**DATED** this 13th day of ***March, 2017***.

**/s/MICHAEL J. DUGGAR____** **3/13/2017**
**MICHAEL J. DUGGAR, ESQ.** **DATE**
20305 Majestic Street
Orlando, Florida 32833
Telephone: (321) 251-7766
Facsimile: (321) 226-0244
Attorney for Plaintiff
Florida Bar Number: 0080306